IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRISTINA VAN VOORN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASHLEY BURLESON BUNDY; RICKY )<br>BUNDY; and CTR BUSINESS )<br>SOLUTIONS, LLC; )<br>)<br>Defendants. ) | Civil Action File<br><br>No. 1:15-cv-3228-WSD |

### [PROPOSED] ORDER GRANTING PARTIES' MOTION FOR APPROVAL OF SETTLEMENT

Having considered the supporting memorandum of law, declaration, and exhibits, and the agreement of the Parties, the Court hereby **GRANTS** the Parties' Joint Motion for Approval of Settlement under the terms set forth in the Settlement Agreement and Full and Final Release of Claims attached hereto as Exhibit A and incorporated by reference.

SO ORDERED, this 30th day of December 2015.

_____
HON. WILLIAM S. DUFFY, JR.
JUDGE, UNITED STATES DISTRICT COURT